By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@mikeassad.law
*Attorney for Plaintiff*

**United States Bankruptcy Court**
**District of New Jersey**

In re: Natricia Deshaye Comer,
*Debtor*.

Natricia Deshaye Comer,
*Plaintiff*,

v.

Westlake Services LLC, d/b/a Westlake Financial Services, and International Recovery Systems Inc.,
*Defendants*.

| | |
|---|---|
| Case No.: | 26-19426-JNP |
| Adv. No: | 26-01659-JNP |
| Chapter: | 13 |
| Judge: | Poslusny |

## Certification of Service

1. I, Michael I. Assad, represent Natricia Deshaye Comer, the plaintiff in this matter.

2. On November 19, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Summons (ECF No. 2)
   - Verified Complaint (ECF No. 1)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 19, 2026

/s/ Michael I. Assad
Michael I. Assad

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chief Legal Officer<br>Westlake Services LLC<br>4751 Wilshire Blvd Ste 100<br>Los Angeles CA 90010-3847 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR #9207190142980413577412<br>☐ Other |
| Chief Legal Officer<br>International Recovery Systems Inc.<br>415 McFarlan Rd Ste 218<br>Kennett Square PA 19348-2454 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR #9207190142980413577375<br>☐ Other |